STATE OF CONNECTICUT *v.* ANTHONY DI BELLA ET AL.

The application by Robert K. Killian to withdraw his appearance for the named defendant in the appeal from the Superior Court in New Haven County is granted.

*Robert K. Killian,* for the appellant (named defendant).

*Arnold Markle,* special assistant state's attorney, for the appellee (state).

Argued January 2—decided January 30, 1968

JOAN TERRAZANO *v.* BERNICE SPORNA ET AL.

The motion by the defendants for a review of the rectification of the appeal from the Superior Court in New Haven County is denied.

*Charles G. Albom,* in support of the motion.

*Nathan Goldberg,* in opposition.

Submitted November 28, 1967—decided January 30, 1968

The motion by the defendants for an extension of time to file an additional transcript of evidence in the appeal from the Superior Court in New Haven County is denied.

*Charles G. Albom,* in support of the motion.

Submitted December 5, 1967—decided January 30, 1968

The motion by the defendants for an extension of time to file a supplemental appeal brief in the appeal from the Superior Court in New Haven County is granted and the time for filing is extended to March 11, 1968.

*Charles G. Albom,* in support of the motion.